1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

# SOUTHERN DISTRICT OF CALIFORNIA

10
11

ARNULFO ZEPEDA,

CASE NO. 09 CV 1811 JM (WVG)

12

Plaintiff,

**ORDER ADOPTING REPORT AND RECOMMENDATIONS**

13

vs.

Doc. No. 15

14
15
16

DOMINGO URIBE, Warden,

17

Defendant.

18
19
20

On February 2, 2010, Magistrate Judge William V. Gallo entered a Report and Recommendation. (Doc. No. 15). The Report and Recommendation, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that Petitioner's petition for writ of habeas corpus (Doc. No. 1) be granted. Respondent filed an objection and Petitioner filed a reply. (Doc. Nos. 17, 19). Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his objections, Respondent sets forth essentially the same arguments raised in his response to the original petition. As the Report and Recommendation fully and properly responds to these arguments, the court hereby adopts the Report and Recommendation in its

1  entirety.  Petitioner's petition for writ of habeas corpus is GRANTED.  The Clerk of the Court

2  is directed to close the file.

3      **IT IS SO ORDERED.**

4  DATED:  April 27, 2010

5

6      Hon. Jeffrey T. Miller
        United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28